UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 26-_3031_ (TJB) |
| | : | |
| KEMAR DIAH | : | CRIMINAL COMPLAINT |

I, Stephen Sulpy, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Air Force, Office of Special Investigations, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Stephen Sulpy      //mjb
Stephen Sulpy, Special Agent
United States Air Force
Office of Special Investigations

Attested to me by telephone,
pursuant to FRCP 4.1(b)(2)(A),
on July 27, 2026,
in the District of New Jersey.

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Count One
### (Aggravated Sexual Assault of a Minor)

On or about July 15, 2026, in Burlington County, in the District of New Jersey, within the special territorial jurisdiction of the United States, the defendant,

KEMAR DIAH,

did knowingly engage in a sexual act, to wit, the intentional touching, not through the clothing, of the genitalia of Minor Victim-1, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, with a person who had not attained the age of 12 years.

In violation of Title 18, United States Code, Section 2241(c).

## Count Two
## (Sexual Exploitation of a Minor)

On or about July 15, 2026, in Burlington County, in the District of New Jersey, within the special territorial jurisdiction of the United States, the defendant,

KEMAR DIAH,

did knowingly employ, use, persuade, induce, entice, and coerce any minor, namely, Minor Victim-1, to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction actually was transported and transmitted using any means and facility of interstate and foreign commerce and was in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a).

## ATTACHMENT B

I, Stephen Sulpy, am a Special Agent with the United States Air Force, Office of Special Investigations ("OSI"). I have participated in this investigation, discussed this matter with other law enforcement officers, and have reviewed documents and other materials. Accordingly, I have personal knowledge of the facts set forth below. Because this criminal complaint is being submitted only for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this complaint are related in sum and substance and in part, and all dates and figures are approximate.

1.    On July 27, 2026, Witness-1, a Senior Airmen with the United States Air Force reported to OSI personnel the sexual assault of a relative ("Minor Victim-1") by Kemar Diah ("DIAH"). Minor Victim-1 was less than 12 years old at the time of the assault.

2.    According to Witness-1, on July 25, 2026, she observed on DIAH's blue iPhone 16 (the "Cellphone") a video that depicted Minor Victim-1's buttocks, anus, and vagina (the "Assault Video"). According to Witness-1, the Assault Video also depicted DIAH's right hand spreading the labia of Minor Victim-1. Witness-1 reported that DIAH has a distinctive tattoo on his hand, which was visible in the Assault Video. Witness-1 also reported that the Assault Video depicted Minor Victim-1 on his/her bed, indicating that the video was created in Witness-1's residence (the "Residence").

3.    The Residence is located within the special territorial jurisdiction of the United States within Joint Base McGuire-Dix-Lakehurst ("JB MDL").

4.    On July 27, 2026, United States Air Force Colonel Michael Stefanovic, Commander of the 87th Air Base Wing at JB MDL, authorized a search of the Residence and the Cellphone, consistent with the relevant military authorities. OSI Special Agents executed the search of the Residence the same day. During the search, agents identified and seized, among other things, the Cellphone.

5.    OSI Special Agents conducted a manual review of the Cellphone and discovered the Assault Video, dated July 15, 2026 at 11:04 p.m. The Assault Video was consistent with Witness-1's description. Special Agents further identified within the Cellphone two photographs taken on July 15, 2026, at 11:05 p.m., which depicted Minor Victim-1's buttocks, anus, and vagina.

4

6.    Based on my education, training and experience, my discussions with other law enforcement officers, and to the best of my knowledge and belief, the Assault Video and images of child pornography described in Paragraph No. 5, above, were produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, namely, that they were produced using the Cellphone.