UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 26-3031 (TJB) |
| | : | |
| KEMAR DIAH | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States (Matthew J. Belgiovine, Assistant United States Attorney, appearing) on July 28, 2026 for an order pursuant to Title 18, United States Code, Section 3142(f)(2) to detain defendant Kemar Diah (by Benjamin West, Assistant Federal Public Defender); and the defendant having consented to temporary detention and reserved his right to seek pre-trial release on short notice; and for good cause shown,

IT IS, on this _28_ day of July, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

2